# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: 0:11-cv-03599-DSD-AJB

| | |
|---|---|
| Cheri Lindquist,<br><br>             Plaintiff,<br>v.<br><br>NCO Financial Systems, Inc.,<br>and John Doe,<br><br>             Defendants. | **NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers. Plaintiff respectfully requests that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Stipulation/Notice of Dismissal herein.

Dated: February 17, 2012

Respectfully submitted,

**BARRY & SLADE, LLC**
By: **s/Peter F. Barry**
Peter F. Barry, Esq.
Attorney I.D.#0266577
2701 University Ave SE, #209
Minneapolis, MN 55414
Telephone: (612) 379-8800
pbarry@lawpoint.com

pfb/ra

Attorneys for Plaintiff