UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 11-3599(DSD/AJB)

Cheri Lindquist,

        Plaintiff,

v.                                       **ORDER**

NCO Financial Systems, Inc.

        Defendant.

The court having been advised by counsel that the above-entitled action has been settled, or is in the process of being settled,

**IT IS HEREBY ORDERED** that this case is dismissed, the court retaining jurisdiction for sixty (60) days to permit any party to move to reopen the action upon good cause shown.

Dated: March 9, 2012

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court