UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Cheri Lindquist, | Court File No. 11-CV-03599 (DSD/AJB) |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| NCO Financial Systems, Inc., and John Doe, | |
| Defendants. | |

---

**THE UNDERSIGNED ATTORNEYS** hereby advise the Court that all remaining claims in the above-entitled cause of action have been fully compromised and settled. Therefore,

**IT IS HEREBY STIPULATED** by and between all parties hereto, through their respective undersigned attorneys, that the above lawsuit may be and hereby is dismissed on its merits and with prejudice.

**IT IS FURTHER STIPULATED** that without further notice, a judgment of dismissal with prejudice and upon the merits of all claims, without costs or disbursements to any of the parties, may be entered herein.

**BARRY, SLADE & WHEATON, LLC**

Dated: 3/22/2012                By: s/Peter F. Barry
                                                          Peter F. Barry (#0266577)
                                                          Attorneys for Plaintiff
                                                          2701 SE University Ave., Suite 209
                                                          Minneapolis, MN 55414-3236
                                                          Phone:  612-379-8800
                                                          Facsimile: 612-379-8810
                                                          E-Mail: pbarry@lawpoint.com

**ERSTAD & RIEMER, P.A.**

Dated: 2/28/12                By: s/Thomas H. Schaefer
                                                          Thomas H. Schaefer (#0231587)
                                                          Attorneys for Defendant NCO
                                                          8009 34th Avenue South, Suite 200
                                                          Minneapolis, MN 55425
                                                          Direct Line: 952-837-3250
                                                          Direct Fax: 952-767-7050
                                                          E-Mail: tschaefer@erstad.com