## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Cheri Lindquist,   Court File No. 11-CV-03599 (DSD/AJB)

     Plaintiff,

v.   **ORDER FOR DISMISSAL**

NCO Financial Systems, Inc.,
and John Doe,

     Defendants.

The Stipulation, having been presented to the Court on behalf of the parties,

**IT IS HEREBY ORDERED** that the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

.

**BY THE COURT:**

Dated: April 2, 2012

                      s/David S. Doty
                      David S. Doty, Judge
                      United States District Court